**Robert COTTINGHAM v. UNITED STATES of America.**

**No. 5428.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1929.

Clark & Robinson, of Cincinnati, Ohio, for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.

**CULP BROTHERS, a Copartnership Composed of Sherman Culp and Bert Culp, and Sherman Culp and Bert Culp as Individuals, v. B. N. BARNS.**

**SAME v. Burr PORTER.**

**Nos. 85, 86.**

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1929.

Simms & Botts, of Albuquerque, N. M., for appellants.

A. L. Zinn, of Gallup, N. M., and A. T. Hannett, of Albuquerque, N. M., for appellee.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Dismissed August 2, 1929, on stipulation.

**Elmo CUNNINGHAM v. UNITED STATES of America.**

**No. 9.**

Circuit Court of Appeals, Tenth Circuit.

June 2, 1930.

Joseph R. Haas, of Salt Lake City, Utah, for appellant.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 2, 1930, on motion of appellee.

**Thomas F. DALEY, Appellant, v. AMERICAN COMMERCIAL AND SAVINGS BANK, et al.**

**No. 8799.**

Circuit Court of Appeals, Eighth Circuit.

April 21, 1930.

F. A. Cooper, of Davenport, Iowa, for appellant.

Harry B. Betty and Frank F. Betty, both of Davenport, Iowa, for appellees.

PER CURIAM.

Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties.

**Dennis DIXON, Appellant, v. Lulu WILSON.**

**No. 8906.**

Circuit Court of Appeals, Eighth Circuit.

April 21, 1930.

S. R. Redmond, of Chicago, Ill., for appellant.

Maurice V. Joyce, of East St. Louis, Ill., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee under Rule 16.